IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00086-MR-WCM

| | |
|---|---|
| MICHELE DUNCAN *on behalf of herself and others similarly situated,* ) ) ) ) Plaintiff, ) v. ) ) SELECTQUOTE INSURANCE ) SERVICES INC., ) ) Defendant. ) _____ ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 3) filed by Karl S. Gwaltney. The Motion indicates that Mr. Gwaltney, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Anthony I. Paronich, who the Motion represents as being a member in good standing of the Bar of Massachusetts. It further appears that the requisite admission fee has been paid.

The Motion also indicates that Mr. Gwaltney has not conferred with counsel for Defendant regarding the Motion because Defendant has not yet appeared in this action.

Seeing no facial defect in the Motion, the undersigned will grant the request. Defendant may, however, request that the admission of Anthony I.

1

Paronich be reconsidered, after Defendant has appeared in this matter, provided that any such request for reconsideration is supported by specific objections to the instant *pro hac vice* admission.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for Admission Pro Hac Vice and Affidavit (Doc. 3) is **GRANTED**, and Anthony I. Paronich is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. This ruling is **WITHOUT PREJUDICE** to Defendant's right to challenge Mr. Paronich's admission, provided that any such motion is filed within **ten (10) days** of Defendant's appearance in this matter and is appropriately supported.

Signed: March 29, 2023

W. Carleton Metcalf
United States Magistrate Judge