IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00086-MR-WCM

| | | |
|---|---|---|
| MICHELE DUNCAN *on behalf of herself and others similarly situated,* | ) ) ) ) | |
| Plaintiff, | ) | ORDER |
| v. | ) ) | |
| SELECTQUOTE INSURANCE SERVICES INC., | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 11) filed by Brian D. Roth. The Motion indicates that Mr. Roth, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of Michael D. Alltmont, who the Motion represents as being a member in good standing of the Bar of Louisiana. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 11) and **ADMITS** Michael D. Alltmont to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 5, 2023

W. Carleton Metcalf
United States Magistrate Judge