IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00086-MR-WCM

| | | |
|---|---|---|
| MICHELE DUNCAN<br>*on behalf of herself and others*<br>*similarly situated,* | ) ) ) ) | |
| Plaintiff, | ) | ORDER |
| v. | ) ) | |
| SELECTQUOTE INSURANCE<br>SERVICES INC.; and<br>ZETA ACTIONS LLC | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on a Consent Motion for Extension of Time to Respond to Amended Complaint (the "Motion," Doc. 24).

The Motion requests an extension of time, through and including December 20, 2023, for Defendants SelectQuote Insurance Services Inc. ("SelectQuote") and Zeta Actions LLC to respond to Plaintiff's Amended Complaint. However, SelectQuote answered the Amended Complaint previously on November 13, 2023. Doc. 23.

**IT IS THEREFORE ORDERED THAT:**

(1) The Motion (Doc. 24) is **GRANTED IN PART**, and the deadline for Zeta Actions LLC to file an answer or otherwise respond to the

1

Amended Complaint is **EXTENDED** through and including December 20, 2023.

(2) The Motion (Doc. 24) is **DENIED AS MOOT** with respect to SelectQuote Insurance Services Inc.

Signed: November 21, 2023

W. Carleton Metcalf
United States Magistrate Judge