**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-cv-00086-MR-WCM**

| | |
|---|---|
| MICHELE DUNCAN, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SELECTQUOTE INSURANCE SERVICES INC. | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear their own costs and fees.

Dated: April 23, 2024

*/s/ Anthony Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln St, Suite 2400
Hingham, MA 02043
Phone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Pro Hac Vice*

/s/ *Karl S. Gwaltney*
Karl S. Gwaltney
N.C. State Bar No. 45118
MAGINNIS HOWARD
7706 Six Forks Road, Suite 101
Raleigh, North Carolina 27615
Telephone: 919-526-0450
Fax: 919-882-8763
kgwaltney@maginnishoward.com

*Counsel for Plaintiff*


*/s/ Michael Alltmont*
Brian D. Roth, Esq.
Michael D. Alltmont, Esq (admitted PHV)
SESSIONS, ISRAEL & SHARTLE, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
broth@sessions.legal
malltmont@sessions.legal

*Counsel for Defendant SelectQuote Insurance Services*

/*s/ Ryan O. Hargrave*/
Ryan O. Hargrave
N.C. State Bar. 52172
HALL BOOTH SMITH, P.C.
11215 N. Community House Rd, Suite 750
Charlotte, NC 28277
Telephone: (980) 949-7818
Email: rhargrave@hallboothsmith.com

*Counsel for Defendant Zeta Actions, LLC.*

## CERTIFICATE OF SERVICE

      I, Karl S. Gwaltney, hereby certify that on April 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ *Karl S. Gwaltney*
Karl S. Gwaltney